

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
~~XXXXXXXXXXXXXXXXXX~~
~~WILL WILSON~~
ATTORNEY GENERAL

Honorable C. J. Wilde
County Auditor
Nueces County
Corpus Christi, Texas

Opinion No. O-6496
Re: Matter of a county's holding
a special election for tax
allocation and a constitutional
amendment at the same time.

Dear Mr. Wilde:

Your request for an opinion from this Department touching the above subject matter is as follows:

"Inas much as Nueces County and other counties will hold an election on August 28th covering a constitutional amendment, would it be possible to hold this election, together with an election on the reallocation of taxes? If this is possible the county would be able to save a considerable amount of money by holding both elections at the same time. Please advise whether there is any legal reason that we could not hold both the elections on the same date."

There is no legal reason why your county may not hold its election on the day set for the election involving the constitutional amendment. Of course, the two elections are separate elections, and each must be held and conducted in all respects as such, but there is no reason why they may not be held on the same day, by the same officers, and at the same voting boxes.

We are handing you herewith copies of our Opinions Nos. O-2853 and O-4872, which discuss more fully the question here decided, and we affirm the holdings there made.

Trusting that what we have said fully answers your inquiry, we are

Very truly yours,

ATTORNEY GENERAL OF TEXAS

By                    Ocie Speer
                     Assistant

OS-MR

Enclosures